1  Kathryn J. Halford (CA Bar No. 068141)
   Email: khalford@wkclegal.com
2  Emily Johnson (CA Bar No. 342847)
   Email: ejohnson@wkclegal.com
3  **WOHLNER KAPLON CUTLER**
   **HALFORD ROSENFELD & LEVY**
4  16501 Ventura Boulevard, Suite 304
   Encino, CA  91436
5  Telephone: (818) 501-8030 ext. 331
   Facsimile: (818) 501-5306
6
7  Attorneys for Plaintiffs, Board of Directors
   of the Motion Picture Industry Pension Plan, et al.
8
9  **UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THE CLAPPER, LLC, a California limited liability company, DEVIANT FILMS, LLC, a California limited liability company and doing business as DEVIANT FILMS, INC., a California corporation,<br><br>                    Defendants. | CASE NO. 2:22-cv-09196-PA-JPR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[FRCP 41(a)(1)(A)(i)<br><br>Complaint Filed: December 19, 2022 |

NOTICE OF VOLUNTARY DISMISSAL

1  NOTICE IS HEREBY given that pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i),
2  Plaintiffs voluntarily dismiss the above-captioned action.

DATED: March 29, 2023    Kathryn J. Halford
                         Emily Johnson
                         **WOHLNER KAPLON CUTLER**
                         **HALFORD ROSENFELD & LEVY**

                    By:  */s/ Kathryn J. Halford*
                          Kathryn J. Halford
                          Attorney for Plaintiffs
                          Board of Directors of the Motion
                          Picture Industry Pension Plan, et al.